# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of February, two thousand and fifteen.

Before:  Ralph K. Winter,
         *Circuit Judge.*

_____

In re: General Maritime Corporation,
    Debtor.

--------------------------------------------------------------------  **ORDER**

Donald C. Marro,                         Docket No. 14-4159
    Appellant,

        v.

General Maritime Corporation,
    Appellee.

_____

Appellant, pro se, moves for reconsideration of this Court's January 21, 2015 order, which granted him an extension of time until February 27, 2015 to file an opening brief.

IT IS HEREBY ORDERED that the motion for reconsideration is GRANTED to the following extent: A final extension until March 31, 2015 is GRANTED. Appellant must understand that this appeal cannot remain pending indefinitely. Therefore, the appeal is dismissed effective March 31, 2015 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

